1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Christopher A. Mathews (Bar No. 144021)
2  chrismathews@quinnemanuel.com
3  865 South Figueroa Street, 10th Floor
   Los Angeles, California 90017-2543
4  Telephone: (213) 443-3000
5  Facsimile: (213) 443-3100

7  Attorneys for Tennenbaum Capital
   Partners, LLC
8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| The Boeing Company, | CASE NO. 2:16-mc-00081 |
|---|---|
| Moving Party, | **TENNENBAUM CAPITAL PARTNERS, LLC'S NOTICE OF MOTION AND MOTION TO QUASH** |
| vs. | |
| Tennenbaum Capital Partners, LLC, | **Date:** July __, 2016 |
| Responding Party. | **Time:** 10:00 a.m.<br>**Courtroom:** _____<br>**Judge:** Hon. _____ |
| | **Discovery Cutoff:** February 29, 2016<br>**Pretrial Conference:** TBD<br>**Trial Date:** TBD |

Case No. 2:16-mc-00081
NOTICE OF MOTION AND MOTION TO QUASH

## NOTICE OF MOTION AND MOTION TO QUASH

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on July __ at 10:00 am, or as soon thereafter as can be heard before the Honorable _____ of the above-titled Court, Tennenbaum Capital Partners, LLC ("TCP") will and hereby does move this Court pursuant to Federal Rule 45 for an order quashing The Boeing Company's April 7, 2016 subpoena to TCP.

This Motion is based upon this Notice of Motion, the Memorandum of Points and Authorities contained in TCP's portion of the Joint Stipulation and the declarations and exhibits attached thereto, all pleadings and papers on file with this Court, and such evidence and argument as may be presented at or before the hearing on this matter.

Respectfully submitted,

DATED:   June 24, 2016          QUINN EMANUEL URQUHART & SULLIVAN. LLP


By  */s/ Chris Mathews*
    Christopher A. Mathews
    Attorneys for Tennenbaum Capital Partners. LLC